

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00214-CV

| | | |
|---|---|---|
| V3 CONSTRUCTION COMPANY, LLC, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-314610-20) |
| V. | § | February 11, 2021 |
| JOHN WALTER BUTLER, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in that portion of the trial court's July 2, 2020 "Order Denying Defendant V3 Construction Company, LLC's Motion for Reconsideration/Second Motion to Compel Arbitration" which denied arbitration on the grounds of direct benefits estoppel and intertwined claims estoppel. We affirm that portion of the order. We lack jurisdiction to review and do not review the remainder of the order.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach